Probation Form No. 35A  
(5/00)

Report and Order Terminating Supervision Only, Before Original Expiration Date

United States District Court  
Southern District of Texas  
FILED  
MAY - 5 2005 MMM  
Michael N. Milby, Clerk  
Laredo Division

United States District Court  
for the  
Southern District of Texas

United States District Court  
Southern District of Texas  
ENTERED  
MAY 0 5 2005 MMM  
Michael N. Milby, Clerk  
Laredo Division

United States of America

versus

Urbano Esteban-Garza

Criminal Case:  5:02CR00177-001

   On June 13, 2003 this defendant was placed on supervised release for three years. The defendant has complied with the court's restrictions and no longer needs supervision. It is recommended that supervision only be terminated.

Respectfully submitted,

Ruben R. Cantu  
United States Probation Officer

### Order of Discharge

   On the probation officer's recommendation, the defendant is discharged from supervision only. Jurisdiction continues through June 12, 2006.

Signed  May 5 , 20 05 , at Laredo, Texas.

George P. Kazen  
United States District Judge

# UNITED STATES GOVERNMENT
# MEMORANDUM

**To:**   Honorable George P. Kazen

**From:** U.S. Probation Officer Ruben Cantu
Laredo-Division



**Subject: Urbano Esteban-Garza**
**5:02CR00177-001**
**Request for Early Termination**

**Date:**  February 9, 2005

---

The aforementioned defendant was sentenced on April 5, 2002 by your Honor for Possess with intent to distribute a quantity in excess of 50 kilograms marihuana. He was given 18 months custody to follow with 3 years of supervised release. In addition, he was ordered to pay a $100.00 special assessment fee and 75 hours of community service.

Mr. Esteban-Garza started reporting to our division on June 13, 2003 and has maintained compliance while under supervision. Furthermore, he has completed one year and seven months of his supervised release and paid off his financial obligations to the Court. In addition, he has completed his 75 hours of community service. He now qualifies for an early termination. Mr. Esteban-Garza has maintained stable residence and his record checks have not exhibited any criminal activity nor any arrests. Therefore, this office is recommending that the defendant be give an early termination of supervision only and a Form 35A is being submitted for the Court's consideration.

If you have any questions or concerns please don't hesitate to contact me at 523-8577. I will be glad to clarify any questions or issues that may arise.

Approved By:

_____        _____
Peter Medellin, Supervising              Ruben R. Cantu
U.S. Probation Officer                    U. S. Probation Officer